FILED
HARRISBURG, PA
25 2025
CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,
*ex rel.* VERITY INVESTIGATIONS, LLC,

Plaintiff

v.

ESSINTIAL ENTERPRISE SOLUTIONS, LLC,

Defendant

FILED *EX PARTE*
UNDER SEAL

Civil No. 1:24-CV-1239

(Judge Kane)

**THE GOVERNMENT'S NOTICE OF**
**ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that

this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney
Middle District of Pennsylvania

*s/Tamara J. Haken*
TAMARA J. HAKEN
Assistant United States Attorney
United States Attorney's Office
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
717-614-4904
Tamara.Haken@usdoj.gov

DATE: March 25, 2025

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>ESSINTIAL ENTERPRISE SOLUTIONS, LLC,<br><br>Defendant | FILED *EX PARTE* UNDER SEAL<br><br>Civil No. 1:24-CV-1239<br><br>(Judge Kane) |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on March 25, 2025, she served a copy of the attached

**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

by placing said copy in a postpaid envelope addressed to the following counsel for the relator:

Benjamin R. Grossman, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103

AND

Stephen Shackelford, Jr., Esq. and Steven M. Shepard, Esq.
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001

*s/Karin Solarczyk*
Karin Solarczyk
Legal Administrative Specialist

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiffs<br><br>v.<br><br>ESSINTIAL ENTERPRISE SOLUTIONS, LLC,<br><br>Defendant | FILED *EX PARTE* UNDER SEAL<br><br>Civil No. 1:24-CV-1239<br><br>(Judge Kane) |

**O R D E R**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States;

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This ____ day of ___________, 2025.

______________________________
YVETTE KANE
United States District Judge
Middle District of Pennsylvania